## United States Bankruptcy Court for the District of Arizona

IN RE:

Ernest A. Arias & Lorena T. England

Debtor(s) /

Case No. 13-20247-PHX-DPC

Judge Daniel P. Collins

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $401.28 constituting unclaimed funds due to Dilks & Knopik, LLC as assignee to United Credit Recovery, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, as assignee to United Credit Recovery, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2024. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $401.28 to the order of Dilks & Knopik, LLC as assignee to United Credit Recovery and mail the check to 35308 SE Center St, Snoqualmie, WA 98065-9216.

- end of order -